IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEIN,

    Plaintiff,   No. 2:12-cv-0673 CKD

    vs.

MICHAEL J. ASTRUE,   ORDER
Commissioner of Social Security,

    Defendant.
_____/

    Defendant has filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant contends plaintiff has failed to exhaust administrative remedies because plaintiff did not file an appeal with the Appeals Council seeking review of the decision of the Administrative Law Judge. It appears defendant's motion is well taken.

    Accordingly, IT IS HEREBY ORDERED that no later than October 3, 2012, plaintiff shall file either opposition to the motion to dismiss or a statement of non opposition. Failure to comply with this order shall result in dismissal of the action.

Dated: September 18, 2012

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

4 lien673.ss.mtdoppo

1