IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEIN,

      Plaintiff,                         No. 2:12-cv-0673 CKD

      vs.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

      Defendant.
_____/

      Defendant has filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1).  Defendant contends plaintiff has failed to exhaust administrative remedies because plaintiff did not file an appeal with the Appeals Council seeking review of the decision of the Administrative Law Judge.  Plaintiff has filed a statement of non-opposition in which plaintiff concedes that administrative remedies have not been exhausted.  This court accordingly does not have subject matter jurisdiction over this action.  See Califano v. Sanders, 430 U.S. 99, 108 (1977).

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendant's motion to dismiss for lack of subject matter jurisdiction (dkt. no. 13) is granted.

/////

1

      2.  The Clerk of Court is directed to close this action.

Dated: October 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
lien673.ss.mtd